IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **RONDA WASHBURN, individually and on behalf of all others similarly situated,** : : : | | |
| **Plaintiff,** : : | Case No. 2:25-cv-00400 | |
| v. : : | Judge Algenon L. Marbley | |
| **CPS SOLUTIONS, LLC,** : : | Magistrate Judge Elizabeth Preston Deavers | |
| **Defendant.** : : | | |

| | | |
|---|---|---|
| **DANIELLE WEBBER, individually and on behalf of all others similarly situated** : : : | | |
| **Plaintiff,** : : | | |
| v. : : | Case No. 2:25-cv-00431 | |
| **CPS SOLUTIONS, LLC,** : : | Judge Algenon L. Marbley | |
| **Defendant.** : : | | |

## OPINION & ORDER

This matter is before this Court on Plaintiff Ronda Washburn's Unopposed Motion for Consolidation. (ECF No. 3). Specifically, the Motion moves to consolidate this matter with the lawsuit captioned *Danielle Webber v, CPS Solutions, LLC*, Case No. 2:25-cv-00431 (S.D. Ohio).

On April 14, 2025, Plaintiff Ronda Washburn filed a class action Complaint in this matter against Defendant CPS Solutions, LLC, a pharmacy technology company. (ECF No. 1). Plaintiff seeks relief related to a data breach against CPS Solutions that occurred between December 2, 2024, and December 4, 2024, in which Plaintiff alleges that CPS Solutions failed to safeguard Plaintiff's personally identifiable information (PII) and personal health information (PHI). (*Id.* at 1-3). Subsequently, on April 24, 2025, Plaintiff filed a Motion to Consolidate this matter with the lawsuit captioned *Danielle Webber v, CPS Solutions, LLC*, Case No. 2:25-cv-00431 (S.D. Ohio).

On January 19, 2026, however, Case No. 2:25-cv-00431 was voluntarily dismissed by the Plaintiff in that matter, Danielle Webber. Accordingly, Plaintiff Ronda Washburn's Motion to Consolidate (ECF No. 3) is hereby **MOOT**.

    **IT IS SO ORDERED.**

                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:  February 2, 2026**