UNITED STATES DISTRICT COURT
FOUR THE SOUTHERN DISTRICT OF OHIO

**RONDA WASHBURN, DANIELLE WEBBER and JODI PIERCE**                                    **PLAINTIFF**

vs.                              Case No. 2:25-cv-400

**CPS SOLUTIONS, LLC,**                                              **DEFENDANTS**

## ENTRY OF APPEARANCE

Attorney Josh Sanford of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Rhonda Washburn, Danielle Webber and Jodie Pierce and requests that all pleadings, notices and correspondence be sent to the address set forth below.

Respectfully submitted,

**RONDA WASHBURN, DANIELLE WEBBER, and JODI PIERCE
Plaintiffs**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark Bar No. 2001037
josh@sanfordlawfirm.com