UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RONDA WASHBURN, DANIELLE WEBBER and JODI PIERCE *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CPS SOLUTIONS, LLC, <br><br> Defendant. | Case No. 2:25-cv-00400 <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

Pursuant to Local Rule 83.4(b), undersigned counsel Leanna A. Loginov, of Shamis & Gentile, P.A., hereby gives notice that she is substituting as counsel of record for Andrew J. Shamis, also of Shamis & Gentile, P.A., for Plaintiffs Ronda Washburn, Danielle Webber, and Jodi Pierce in the above-captioned matter.

Leanna A. Loginov, a Partner of Shamis & Gentile, P.A., is fully familiar with this litigation, and has been actively involved in the case. This substitution will cause no delay in this matter and does not require any extension of existing deadlines.

Plaintiffs Ronda Washburn, Danielle Webber, and Jodi Pierce have been notified of this substitution.

Accordingly, Leanna A. Loginov is hereby substituted as counsel of record for Plaintiffs Ronda Washburn, Danielle Webber, and Jodi Pierce in place of Andrew J. Shamis.

Date: March 4, 2026

Respectfully submitted,

*/s/: Leanna A. Loginov*
Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**

1

14 NE First Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
lloginov@shamisgentile.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

    */s/: Leanna A. Loginov*