AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Ronda Washburn, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-00400-ALM-SCS |
| CPS Solutions, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ronda Washburn, Danielle Webber, and the Putative Class                          .

Date:      03/23/2026

/s/ Terence R. Coates
*Attorney's signature*

Terence R. Coates (0085579)
*Printed name and bar number*

Markovits, Stock & De Marco, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202

*Address*

tcoates@msdlegal.com
*E-mail address*

(513) 651-3700
*Telephone number*

(513) 665-0219
*FAX number*