**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| RONDA WASHBURN, DANIELLE WEBBER and JODI PIERCE, *on behalf of themselves and all others similarly situated*, | Case No. 2:25-cv-00400-ALM-SCS |
| Plaintiffs, | Judge Algenon L. Marbley |
| vs. | Magistrate Judge S. Courter M. Shimeall |
| CPS SOLUTIONS, LLC, | |
| Defendant. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**,   Terence R. Coates  , trial attorney
(Name of Trial Attorney)

for Plaintiffs Washburn and Webber in the above-referenced action, hereby moves the court to

admit Jeff Ostrow              , *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for Plaintiffs       .
(Name of Party)

Movant represents that Jeff Ostrow                is a member in good standing
(Name of PHV Attorney)

of the highest court of Florida        as attested by the accompanying certificate from that
(Name of State)

court and that  Jeff Ostrow             is not eligible to become a member of the permanent
(Name of PHV Attorney)
bar of this Court.  This Motion is accompanied by the required $200.00 fee.

 Jeff Ostrow             understands that, unless expressly excused, he or must
(Name of PHV Attorney)

register for electronic filing with this Court promptly upon the granting of this Motion.

  Jeff Ostrow_____'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone 954-332-4200_____ Business fax 954-525-4300_____

Business address \_\_\_\_1 W. Las Olas Blvd., Suite 500_____

      Fort Lauderdale, FL 33301_____

Business e-mail address: ostrow@kolawyers.com_____

/s/ Terence R. Coates_____
(Signature of Trial Attorney)

119 East Court Street, Suite 530_____
(Address)

Cincinnati, Ohio 45202_____
(City, State, Zip Code)

(513) 651-3700_____
(Telephone Number)

Trial Attorney for Plaintiffs Washburn and Webber
(Name of Party)

**CERTIFICATE OF SERVICE**

    I hereby certify that I served the foregoing upon all parties through their counsel of record by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

*/s/ Terence R. Coates*
Terence R. Coates