# EXHIBIT 1

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

**JEFFREY M OSTROW**

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **OCTOBER 6, 1997,** *is presently in good*

*standing, and that the private and professional character of the attorney appear*

*to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this FEBRUARY 6, 2026.*

*Clerk of the Supreme Court of Florida*