**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **RONDA WASHBURN, DANIELLE WEBBER, AND JODI PIERECE,** *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**CPS SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 2:25-cv-00400-ALM-EPD<br><br>Judge Algenon L. Marbley<br><br>**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiffs respectfully give notice of supplemental authority relevant to the motion to dismiss that Defendant filed on March 9, 2026. Doc. 30. Plaintiffs filed their memorandum in opposition on March 30, 2026, and Defendant filed a reply in support on April 13, 2026. Docs. 40, 42. On May 19, 2026, Plaintiff filed a notice pointing the Court to a recent order denying a motion to dismiss an analogous data breach case. *See* Doc. 43 (citing *Munger v. Matco Tools Corp.*, No. 5:23-cv-00337, 2026 WL 1223399 (N.D. Ohio May 5, 2026) (Ruiz, J.)).

On September 8, 2026, the Northern District of Ohio issued another thorough opinion and order that declined to dismiss an analogous data breach action. *See In re Ohio Marijuana Card Data Breach Litig.*, No. 1:25-cv-01765-PAB, 2026 WL 2634838, ---F. Supp. 3d--- (N.D. Ohio Sept. 8, 2026) (Barker, J.). The court held that the plaintiffs plausibly alleged injuries sufficient to confer standing (*12-15) and that they had adequately stated all claims for relief, including negligence (*15-20) and unjust enrichment (*23-24), both of which are claims that Plaintiffs bring here. The Court should follow this persuasive authority and deny Defendant's motion to dismiss.

Respectfully submitted,

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Terence R. Coates (0085579)
Pierre H. Bergeron (0071402)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*
*bmarkovits@msdlegal.com*
*pbergeron@msdlegal.com*

Jeff Ostrow (*pro hac vice*)
Steven Sukert (pro hac vice)
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: (954) 332-4200
*ostrow@kolawyers.com sukert@kolawyers.com*

Leanna Loginov (*pro hac vice*)
SHAMIS & GENTILE, P.A.
14 NE First Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
*lloginov@shamisgentile.com*

Josh Sanford
SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510 Little Rock, AR 72211
Telephone: (888) 350-3931
Facsimile: (888) 276-3455
*josh@sanfordlawfirm.com*

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing upon all parties by their counsel of record by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E), on September 15, 2026, 2026.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)