**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| RONDA WASHBURN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CPS SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:25-cv-00400-DRC-SCS<br><br>Judge Douglas R. Cole<br><br>Magistrate Judge S. Courter M. Shimeall |

**DEFENDANT CPS SOLUTIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendant CPS Solutions, LLC ("CPS") moves the Court under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.1(a) for a 45-day extension of its deadline to answer or otherwise respond to the Amended Complaint (Doc. 18). Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), CPS's responsive pleading is currently due on November 30, 2026. CPS respectfully requests that this deadline be extended by 45 days, to January 14, 2027. Good cause exists for the requested relief. Plaintiffs' counsel does not oppose CPS' request.

In support of its motion, CPS states as follows:

1. On February 2, 2026, Plaintiffs filed their Amended Complaint. (Doc. 18.)
2. On February 5, 2026, the parties stipulated to a 21-day extension of CPS's deadline to move, answer, or otherwise plead in response to the Amended Complaint, up to and including March 9, 2026. (Doc. 20.) On March 9, 2026, CPS moved to dismiss the Amended Complaint. (Doc. 30.)
3. On November 16, 2026, the Court entered an Opinion and Order granting in part and denying in part CPS's Motion to Dismiss. (Doc. 46.)

4. Under Federal Rule of Civil Procedure 12(a)(4)(A), CPS's responsive pleading is due within 14 days after notice of the Court's November 16 Opinion and Order, that is, by November 30, 2026.
5. On November 17, 2026, the Court ordered the parties to file a jointly proposed case schedule by December 1, 2026. (Doc. 47.) The parties are conferring on that schedule.
6. The Amended Complaint is 49 pages long and contains more than 220 paragraphs, each of which will require a response from CPS. CPS requires additional time beyond the 14-day default period, which also spans the Thanksgiving holiday, to analyze the allegations in light of the Court's ruling on the surviving claim and to prepare and review its response.
7. This Motion is made in good faith and is not made for any improper purpose or to burden the Court. The requested extension will not interfere with any other deadline set by the Court. Other than the parties' February 2026 stipulated extension (Doc. 20), which preceded CPS's Motion to Dismiss, CPS has not sought any extension of its deadline to respond to the Amended Complaint, and this is the first request for additional time to respond following the Court's November 16, 2026 Opinion and Order.
8. Nothing in this Motion shall be construed as a waiver of any of CPS's rights, defenses, or arguments.
9. Pursuant to Local Rule 7.3(a), counsel for CPS conferred with counsel for Plaintiffs on November 23, 2026, who represented that Plaintiffs do not oppose the relief requested.]

For the foregoing reasons, CPS respectfully requests that the Court enter an Order granting this Motion and extending CPS's deadline to answer or otherwise respond to the Amended Complaint by 45 days, up to and including January 14, 2027. A proposed order is submitted herewith.

Dated: November 23, 2026

Respectfully submitted,

/s/ Joel E. Sechler
Joel E. Sechler (0076320)
CARPENTER & LIPPS LLP
280 Plaza
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
sechler@carpenterlipps.com
*Trial Attorney for Defendant CPS Solutions, LLC*

Allison Marie Holt-Ryan (*pro hac vice*)
Jennifer S. Windom (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
allison.holt-ryan@hlc.com
jennifer.windom@hlc.com

*Counsel for Defendant CPS Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Ohio using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Joel E. Sechler___________________
Joel E. Sechler (0076320)