**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| RONDA WASHBURN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CPS SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:25-cv-00400-DRC-SCS<br><br>Judge Douglas R. Cole<br><br>Magistrate Judge S. Courter M. Shimeall |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

This matter is before the Court on Defendant CPS Solutions, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint (Doc. 48). For good cause shown, the Motion is GRANTED. Defendant shall answer or otherwise respond to the Amended Complaint (Doc. 18) on or before January 14, 2027.

**IT IS SO ORDERED.**